IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
3:08 CV 505

| | |
|---|---|
| SIDNEY HAMILTON AND STEPHANIE HAMILTON on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs<br><br>V<br><br>BANK OF AMERICA CORPORATION, COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE BANK, FSB; and COUNTRYWIDE HOME LOANS, INC.,<br><br>    Defendants | **ORDER** |

**THIS MATTER** is before the court on Robert E. Harrington's Application for Admission to Practice *Pro Hac Vice* of Sharon Lee Rusnak. It appearing that Sharon Lee Rusnak is a member in good standing with the Pennsylvania Bar and will be appearing with Robert E. Harrington, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Robert E. Harrington's Application for Admission to Practice *Pro Hac Vice* (#13) of Sharon Lee Rusnak is **GRANTED**, and that Sharon Lee Rusnak is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Robert E. Harrington.

Signed: December 2, 2008

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge